UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:23−cv−00234−RSWL−JPR      Date:  1/23/2023
Title:  MANVEL KHACHERYAN ET AL V. JAGUAR LAND ROVER NORTH AMERICA, LLC ET AL

---

Present: The Honorable  RONALD S.W. LEW, Senior, U.S. District Court Judge

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**     **(In Chambers)**

The above matter is set for a Scheduling Conference on **February 28, 2023, at 10:00 AM**. The conference will be held pursuant to F.R.Civ.P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

If counsel has received a "Notice to Parties of Court−Directed ADR Program" (form ADR−08), the Court will presumptively refer the case to the Court Mediation Panel or to private mediation at the time of the initial scheduling conference. See General Order 11−10, § 5.1. Counsel are directed to furnish and discuss this Notice with their clients in preparation for the parties' Fed.R.Civ.P. 26(f) conference. Counsel should include their shared or separate views regarding a preference for the Court Mediation Panel or private mediation, and when the mediation should occur, in the written report required by Fed.R.Civ.P. 26(f) and Civil L.R. 26−1. A settlement conference with a magistrate judge is generally not available for cases in the Court−Directed ADR Program. See Civil L.R. 26−1(c). For information about the Court's ADR Program, please see General Order 11−10 which is located in the "General Orders" section on the home page and in the "ADR" page of the Court's website.

Plaintiff's counsel is directed to give notice of the Scheduling Conference to all parties that have been served but have not appeared in this action, and is directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in this action after this date.

_____ :   00

Initials of Preparer: cj