Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
Ariane Sadanaga (SBN 331057)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com; lvandenburg@thwvlaw.com; asadanaga@thwvlaw.com

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

Hovanes Margarian, SBN 2463590
hovanes@margarianlaw.com
Armen Margarian, SBN 313775
armen@margarianlaw.com
Shushanik Margarian, SBN 318617
shushanik@margarianlaw.com THE MARGARIAN
LAW FIRM
462 West Colorado Street
Glendale, California 91204
Telephone Number: (818) 553-1000
Facsimile Number: (818) 553-1005

Attorneys for Plaintiffs
MANVEL KHACHERYAN
VIVIDCITY PHARMACY LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANVEL KHACHERYAN, an individual, and VIVIDCITY PHARMACY LLC, a California Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:23−cv−00234−RSWL−JPR<br><br>**JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiffs MANVEL KHACHERYAN and VIVIDCITY PHARMACY LLC and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC (the "Parties") have reached a conditional settlement in the above-referenced case. A formal settlement agreement has been circulated between the Parties for review and approval. Once all of the appropriate signatures have been obtained and the terms of the settlement are fulfilled by and between the respective Parties, an executed Stipulation of Dismissal of the Entire Action with Prejudice shall be filed with the Court forthwith. It is anticipated the Parties shall fulfill the terms of settlement within ninety (90) days of settlement.

The Parties, by and through their respective counsel, respectfully request the Court to vacate all pending dates associated with the subject action.

Dated: May 11, 2023        TURNER HENNINGSEN WOLF & VANDENBURG, LLP

By: /s/ Ariane Sadanaga
ARIANE SADANAGA

Attorney for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

DATED: May 11, 2023   THE MARGARIAN LAW FIRM

By:   /s/ Hovanes Margarian
Hovanes Margarian

Attorney for Plaintiffs
MANVEL KHACHERYAN
VIVIDCITY PHARMACY LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Hovanes Margarian, counsel for Plaintiffs Manvel Khacheryan and Vividcity Pharmacy LLC, and that I have obtained Mr. Margarian's authorization to affix his electronic signature to this document.

Dated: May 11, 2023                    TURNER HENNINGSEN WOLF &
                                       VANDENBURG, LLP


                              By: /s/ Ariane A. Sadanaga
                                  ARIANE A. SADANAGA

                                  Attorneys for Defendant
                                  JAGUAR LAND ROVER NORTH
                                  AMERICA, LLC