FILED
CLERK, U.S. DISTRICT COURT

MAY 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

unk 15

# DENIED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANVEL KHACHERYAN, an individual, and VIVIDCITY PHARMACY LLC, a California Limited Liability Company,<br><br>      Plaintiffs,<br><br>   vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>      Defendants. | Case No.: 2:23-cv-00234-~~RSWL~~-JPR  PSG<br><br>[~~PROPOSED~~] ORDER REGARDING JOINT NOTICE OF SETTLEMENT |

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Parties having reached a conditional settlement of the entire action on the subject matter as noted in the concurrently filed Joint Notice of Settlement, the Court hereby vacates all future pending dates for this action.

IT IS SO ORDERED.

Date: _____

_____
Honorable ~~Ronald S.W. Lew~~
PHILIP S. GUTIERREZ

1

[PROPOSED] ORDER