UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manvel Khacheryan<br>an individual<br><br>PLAINTIFF(S)<br>v.<br>Jaguar Land Rover North America, LLC<br>a Delaware Limited Liability Company<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:23-cv-00234-PSG-JPR<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action
☒ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: (IN CHAMBERS) ORDER DISMISSING ACTION

Filed date: 8/23/2023   Document Number(s): 20

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: DOCKET ENTRY #20 WAS INADVERTENTLY ENTERED TWICE.

CLERK, U.S. DISTRICT COURT

Date: 8/23/2023   By: YVETTE LOUIS
Deputy Clerk

G-11 (06/23)   NOTICE OF CLERICAL ERROR